1  Chris Cosca     SBN 144546
   LAW OFFICES OF CHRIS COSCA
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   CHRISTIAN PARADA RENTERIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2;11-CR-00296 WBS |
| Plaintiff, | ) ) | **STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |
| vs. | ) ) ) | |
| CHRISTIAN PARADA RENTERIA, | ) ) | |
| Defendant. | ) ) | |

On August 3, 2011, Defendant CHRISTIAN PARADA RENTERIA was released from custody on conditions of release. The court stated the defendant could continue his employment with American DC. The government objected to the defendant engaging in real estate and mortgage related employment during the pendency of this case. To address the government's concerns in this regard, the parties agree to modify the conditions of release to prevent such employment. The parties also agree that the defendant shall sign a $25,000.00 unsecured appearance bond as a condition of release, said bond to be co-signed by Juan De Dios Parada (defendant's father) and Michael Lozano (defendant's step-father).  Pretrial Services, through Renee Basurto, concurs with the stipulated modifications herein.

### STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree that the Court should order the following pretrial release conditions:

1. Defendant CHRISTIAN PARADA RENTERIA shall not engage in or assist others in engaging in any real estate or mortgage transactions during the pendency of this case.

Stipulation/Order to Modify Release             1

2. Defendant CHRISTIAN PARADA RENTERIA shall not obtain employment unless legally authorized to do so by immigration authorities. The previously imposed condition that defendant seek and/or maintain employment (Condition #8) shall be removed.

3. Defendant CHRISTIAN PARADA RENTERIA shall sign a $25,000.00 unsecured appearance bond, said bond to be co-signed by Juan De Dios Parada (defendant's father) and Michael Lozano (defendant's step-father).

All other previously imposed conditions of pretrial release should remain in full force and effect.

DATED: August 18, 2011        By:    /s/ Chris Cosca
                                      Chris Cosca
                                      Attorney for Defendant
                                      CHRISTIAN PARADA RENTERIA


DATED: August 18, 2011        By:    /s/ Chris Cosca for
                                      Dominique N. Thomas
                                      Assistant U.S. Attorney


## ORDER

**IT IS HEREBY ORDERED** that the following pretrial release conditions are imposed:

1. Defendant CHRISTIAN PARADA RENTERIA shall not engage in or assist others in engaging in any real estate or mortgage transactions during the pendency of this case.

2. Defendant CHRISTIAN PARADA RENTERIA shall not obtain employment unless legally authorized to do so by immigration authorities. The previously imposed condition that defendant seek and/or maintain employment (Condition #8) is hereby removed.

3. Defendant CHRISTIAN PARADA RENTERIA shall sign a $25,000.00 unsecured appearance bond, said bond to be co-signed by Juan De Dios Parada (defendant's father) and Michael Lozano (defendant's step-father). The bond shall be signed and submitted to the court within 15 days of the date of this order.

Stipulation/Order to Modify Release        2

4. All other previously imposed conditions of pretrial release shall remain in full force and effect.

DATED: August 22, 2011

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE