LAW OFFICES OF CHRIS COSCA
CHRIS COSCA        SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
CHRISTIAN PARADA RENTERIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-296-07 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [**PROPOSED**] ORDER TO CONTINUE JUDGMENT AND SENTENCE |
| vs. | |
| CHRISTIAN PARADA RENTERIA, | |
| Defendant. | ) Date: June 6, 2016<br>) Time: 9:00 a.m.<br>) Court: Hon. William B. Shubb |

**Stipulation**

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for June 6, 2016, may be continued to June 20, 2016 at 9:00 a.m. Defense counsel has a scheduling conflict and will be out of the country on June 6, 2016. This date is acceptable to Probation Officer Julie Besabe.

**IT IS SO STIPULATED**.

DATED: March 9, 2016         by:    /s/ Chris Cosca
                                    CHRIS COSCA
                                    Attorney for Defendant
                                    CHRISTIAN PARADA RENTERIA

USA v. Renteria- Stip to Con't J&S            1

| | | |
|---|---|---|
| DATED: March 9, 2016 | by: | /s/ Chris Cosca for_____ <br> JEAN HOBLER <br><br> Assistant United States Attorney |

**IT IS SO ORDERED.**

**Dated:  March 11, 2016**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE