BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
BRIAN A. FOGERTY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00296 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RESETTING SENTENCING DATES |
| v. | |
| MOCTEZUMA TOVAR, ET AL., | |
| Defendants. | |

    Defendants Moctezuma Tovar, Sandra Hermosillo, Christian Parada-Renteria, Jun Michael Dirain, and Manuel Herrera (the "resolved defendants") have previously pleaded guilty in this matter, all with cooperation provisions under Section 5K1.1 of the U.S. Sentencing Guidelines. Christian Parada-Renteria was set for sentencing on June 20, 2016. The other four defendants were set for sentencing on June 6, 2016. Trial for the remaining defendants, Jaime Mayorga and Ruben Rodriguez, was set to begin on April 5, 2016. On March 21, 2016, however, the Court continued the trial date to October 18, 2016, with trial estimated at 24 court days.

    As a result, the government and the resolved defendants, by and through their respective counsel of record, stipulate and agree that sentencing of the resolved defendants should be continued to January 30, 2016. The Probation Officer has been consulted and is available on the stipulated date. The sentencing deadlines would then be as follows:

STIPULATION CONTINUING SENTENCING      1

| | |
|---|---|
| Judgment and Sentencing Date: | January 30, 2017 |
| Reply or Statement of Non-Opposition: | January 23, 2017 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 16, 2017 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 9, 2017 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 2, 2017 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | December 19, 2016 |

Dated:  March 23, 2016                              BENJAMIN B. WAGNER
                                                   United States Attorney


                                        By:   s/ Jean M. Hobler
                                              JEAN M. HOBLER
                                              BRIAN A. FOGERTY
                                              Assistant United States Attorneys

Dated:  March 23, 2016                        s/ Jean M. Hobler for Thomas A. Johnson
                                              THOMAS A. JOHNSON
                                              Counsel for Defendant
                                              MOCTEZUMA TOVAR
                                              (signature authorized March 23, 2016)

Dated:  March 23, 2016                        s/ Jean M. Hobler for Timothy Zindel
                                              TIMOTHY ZINDEL
                                              Counsel for Defendant
                                              JUN MICHAEL DIRAIN
                                              (signature authorized March 23, 2016)

Dated:  March 23, 2016                        s/ Jean M. Hobler for John Manning
                                              JOHN MANNING
                                              Counsel for Defendant
                                              MANUEL HERRERA
                                              (signature authorized March 23, 2016)

Dated:  March 23, 2016                        s/ Jean M. Hobler for Erin Radekin
                                              ERIN RADEKIN
                                              Counsel for Defendant
                                              SANDRA HERMOSILLO
                                              (signature authorized March 23, 2016)

Dated: March 23, 2016        s/ Jean M. Hobler for Chris Cosca
                             CHRIS COSCA
                             Counsel for Defendant
                             CHRISTIAN PARADA-RENTERIA
                             (signature authorized March 23, 2016)

**ORDER**

It is so ORDERED.

Dated: March 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE