Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504

Fax: (916) 443-1511
Email: pcozens@aol.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-296 WBS |
| ) | |
| Plaintiff, ) | STIPULATION RE STATUS |
| ) | CONFERENCE AND |
| v. ) | ORDER |
| ) | |
| CHRISTIAN PARADA-RENTERIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Jean Hobler, Esq. and Defendant Christian Parada-Renteria through his attorney Philip Cozens, Esq., that:

The Status Conference currently scheduled for September 6, 2016 at 9:00 a.m. in Judge Shubb's Court be re-scheduled for September 19, 2016 at 9:00 a.m. in Judge Shubb's Court. The stipulated continuance is necessary because Defendant Christian Parada-Renteria's attorney requires additional time to review the discovery in the case and confer with Defendant regarding the pending plea agreement.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from September 6, 2016 through and including September 19, 2016.

STIPULATION RE STATUS CONFERENCE AND ORDER                                                                                  Page 1

It is so stipulated.

Dated: September 2, 2016         /s/ Jean Hobler, Esq.
                                 Jean Hobler, Esq.
                                 Assistant United States Attorney
                                 Eastern District of California


                                 /s/ Philip Cozens
                                 Philip Cozens
                                 Attorney for Defendant Christian Parada-Renteria

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for September 6, 2016 at 9:00 a.m. in Judge Shubb's Court be re-scheduled for September 19, 2016 at 9:00 a.m. in Judge Shubb's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from September 6, 2016 through and including September 19, 2016.

Dated:  September 2, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE