UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN PARADA RENTERIA,<br><br>　　　　Defendant. | CR. NO. 2:11-0296-07 WBS<br><br><br>ORDER OF REASSIGNMENT |

----oo0oo----

The undersigned has reviewed the file herein and orders that the above-captioned case as to defendant Christian Parada Renteria *only* be reassigned to the Honorable John A. Mendez for all further proceedings.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable John A. Mendez.  The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:11-CR-00296-07 JAM.  All currently scheduled dates presently set before Judge Shubb are hereby VACATED as to Christian Parada Renteria *only*.

1

IT IS SO ORDERED.

Dated:   January 3, 2017

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reassignment of this case for all further proceedings as to Christian Parada Renteria *only*.

DATED:  1/3/2017

/S/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2