PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
JEAN M. HOBLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PARADA-RENTERIA, ET AL.,<br><br>Defendants. | CASE NO.  2:11-CR-296 JAM<br><br>STIPULATION AND ORDER REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA<br><br>DATE: January 23, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Christian Parada-Renteria, by and through counsel Philip Cozens, hereby stipulate as follows:

1. On February 22, 2016, Parada pleaded guilty to a superseding information, charging two counts of misprision of a felony, in violation of 18 U.S.C. § 4. ECF No. 256. Parada entered his guilty plea pursuant to a written plea agreement. ECF No. 259.

2. On July 28, 2016, Parada asked the Court to relieve his attorney, Christopher Cosca, and assign a new attorney. ECF Nos. 289 and 292. On August 1, 2016, the Court conducted a hearing regarding Parada's request. ECF No. 292. A portion of this hearing was conducted *in camera*. *Id.* After the *in camera* portion of the hearing, the Court relieved Mr. Cosca. *Id.*

//

3. On August 8, 2016, the Court appointed Philip Cozens as Parada's counsel. ECF No. 293. At a subsequent hearing on September 19, 2016, Mr. Cozens informed the Court that he intended to file a motion to withdraw Parada's guilty plea. ECF No. 303.

4. On December 12, 2016, Parada filed his motion to withdraw guilty plea, in which he claims that his prior counsel, Mr. Cosca, misadvised him regarding the admissibility of certain evidence at trial. ECF No. 478. Parada claims that he pleaded guilty because of Mr. Cosca's allegedly inaccurate advice. ECF No. 478-1, ¶¶ 5-7.

5. By asserting that his former counsel, Mr. Cosca, provided ineffective assistance of counsel, which allegedly caused him to plead guilty, Parada has waived his attorney-client privilege with respect to communications between him and Mr. Cosca (and any other person employed by Cosca as part of the defense team) concerning matters relating to trial strategy, the evidence to be presented at trial, Parada's decision to plead guilty, and other matters relating to Mr. Cosca's performance as counsel for Parada.

6. The parties also stipulate and agree that the *in camera* proceedings on August 1, 2016, during which the Court addressed Parada's request to be assigned a new attorney, should be unsealed for the limited purpose of permitting a court reporter to transcribe the proceedings. The parties request that the transcript be delivered to the Court for an *in camera* review to determine its relevance to Parada's pending motion.

7. The parties further stipulate and agree that the government will need time to interview Mr. Cosca, and await the transcription of the August 1, 2016 *in camera* hearing and the result Court's subsequent *in camera* review. Accordingly, the parties request that the Court vacate the current briefing schedule and hearing regarding Parada's motion and enter the following amended schedule:

//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER REGARDING
WAIVER OF ATTORNEY-CLIENT PRIVILEGE

2

a) Government's response to motion to be filed on or before February 17, 2017

b) Defendant Parada's reply to be filed on or before March 3, 2017

c) Motion hearing to be held on March 14, 2017 at 9:15 a.m.

IT IS SO STIPULATED.

Dated:  January 6, 2017    PHILLIP A. TALBERT
United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  January 6, 2017    /s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant
CHRISTIAN PARADA-RENTERIA

**ORDER**

The Court having considered the parties' stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Defendant Christian Parada-Renteria has waived his attorney-client privilege with respect to communications between him and his previous attorney, Christopher Cosca, and any other person employed by Mr. Cosca as part of the defense team concerning matters relating to trial strategy, the evidence to be presented at trial, Parada's decision to plead guilty, and other matters relating to Mr. Cosca's performance as counsel for Parada.  Mr. Cosca is hereby permitted to freely disclose to the parties and to the Court any relevant information bearing on these issues.

2. The *in camera* proceeding conducted in this case on August 1, 2016, is ordered unsealed for the limited purpose of permitting the court reporter to transcribe the proceeding.  A copy of the transcript shall then be delivered to the Court for *in camera* review.

3. The briefing schedule for the defendant's motion to withdraw his guilty plea, and the hearing regarding the motion, which is currently set for January 23, 2017, are vacated. The Court adopts the briefing schedule and hearing date and time set forth in the parties' stipulation.

Dated: January 6, 2017

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING
WAIVER OF ATTORNEY-CLIENT PRIVILEGE

4