PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PARADA-RENTERIA, ET AL.,<br><br>Defendants. | CASE NO. 2:11-CR-296 JAM<br><br>STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA<br><br>DATE: March 14, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Christian Parada-Renteria, by and through counsel Philip Cozens, hereby stipulate as follows:

1. On January 9, 2017, the Court set a briefing schedule and hearing date for defendant Christian Parada-Renteria's Motion to Withdraw Guilty Plea. ECF No. 509.

2. The parties request that the Court vacate the current briefing schedule and hearing date for Parada's motion and enter the following amended schedule:

    a) Government's response to motion to be filed on or before February 24, 2017

    b) Defendant Parada's reply to be filed on or before March 10, 2017

    c) Motion hearing to be held on March 21, 2017 at 9:15 a.m.

IT IS SO STIPULATED.

Dated: February 12, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: February 12, 2017

/s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant
CHRISTIAN PARADA-RENTERIA

**ORDER**

The Court, having considered the parties' stipulation, and good cause appearing therefor, VACATES the briefing schedule for the defendant's motion to withdraw his guilty plea, and the hearing regarding the motion, which is currently set for March 14, 2017. The Court adopts the briefing schedule and hearing date and time set forth in the parties' stipulation.

Dated: 2/13/2017

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE