Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504

Fax: (916) 443-1511
Email: pcozens@aol.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-296 J |
| | ) | |
| Plaintiff, | ) | STIPULATION RE HEARING FOR |
| | ) | MOTION TO WITHDRAW GUILTY |
| v. | ) | PLEA AND ORDER |
| | ) | |
| CHRISTIAN PARADA-RENTERIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Brian Fogerty, Esq. and Defendant Christian Parada-Renteria through his attorney Philip Cozens, Esq., that:

The Hearing for Motion to Withdraw Guilty Plea currently scheduled for March 21, 2017 at 9:15 a.m. in Judge Mendez's Court be re-scheduled for April 11, 2017 at 9:15 a.m. in Judge Mendez's Court.  The stipulated continuance is necessary because Defendant Christian Parada-Renteria's attorney has conflicting court appearances and could not be present for the March 21, 2017 hearing.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from March 21, 2017 through and including April 11, 2017.

1   It is so stipulated.

2   Dated: March 20, 2017                /s/ Brian Fogerty, Esq._____

3                                        Brian Fogerty, Esq.

4                                        Assistant United States Attorney

5                                        Eastern District of California

6

7                                        /s/ Philip Cozens_____

8                                        Philip Cozens

9                                        Attorney for Defendant Christian Parada-Renteria

### ORDER

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Hearing for Motion to Withdraw Guilty Plea currently scheduled for March 21, 2017 at 9:00 a.m. in Judge Mendez's Court be re-scheduled for April 11, 2017 at 9:15 a.m. in Judge Mendez's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from March 21, 2017 through and including April 11, 2017.

Dated: 3/20/2017

                                         /s/ John A. Mendez_____
                                         John A. Mendez
                                         United States District Court Judge
                                         Eastern District of California