PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-296 JAM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA |
| v. | |
| CHRISTIAN PARADA-RENTERIA, ET AL., | COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Christian Parada-Renteria, by and through counsel Philip Cozens, hereby stipulate as follows:

1. On April 11, 2017, the Court conducted a hearing regarding defendant Christian Parada-Renteria's Motion to Withdraw Guilty Plea. ECF No. 544. At that hearing, the Court granted Parada-Renteria leave to file a supplemental brief on or before April 25, 2017, and ordered the United States to file a response by May 2, 2017. The Court did not set a hearing date. ECF No. 544. Parada-Renteria filed his supplemental brief on April 26, 2017. ECF No. 547.

2. The parties request that the Court modify the current briefing schedule to permit the United States to file its response to Parada-Renteria's supplemental brief on or before May 9, 2017.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: May 1, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/ BRIAN A. FOGERTY<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated: May 1, 2017 | | /s/ PHILIP COZENS<br>PHILIP COZENS<br>Counsel for Defendant<br>CHRISTIAN PARADA-<br>RENTERIA |

**ORDER**

The Court, having considered the parties' stipulation, and good cause appearing therefor, VACATES the briefing schedule for the defendant's motion to withdraw his guilty plea. The Court adopts the briefing schedule set forth in the parties' stipulation.

Dated: 5/1/2017

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE