Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504

Fax: (916) 443-1511
Email: pcozens@aol.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-296 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION RE SENTENCING |
| | ) | HEARING AND ORDER |
| v. | ) | |
| | ) | |
| CHRISTIAN PARADA-RENTERIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Brian Fogerty, Esq. and Defendant Christian Parada-Renteria through his attorney Philip Cozens, Esq., that:

The Sentencing Hearing currently scheduled for September 19, 2017 at 9:15 a.m. in Judge Mendez's Court be re-scheduled for October 24, 2017 at 9:15 a.m. in Judge Mendez's Court.

It is so stipulated.

Dated: September 15, 2017                /s/ Brian Fogerty, Esq._____

                                          Brian Fogerty, Esq.

                                          Assistant United States Attorney

                                          Eastern District of California

/s/ Philip Cozens_____

Philip Cozens

Attorney for Defendant Christian Parada-Renteria

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for September 18, 2017 at 9:15 a.m. in Judge Mendez's Court be re-scheduled for October 24, 2017 at 9:15 a.m. in Judge Mendez's Court.

Dated: 9/15/17

/s/ John A. Mendez_____

John A. Mendez

United States District Court Judge

Eastern District of California