Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Christian Parada Renteria

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>CHRISTIAN PARADA RENTERIA.<br>                Defendant | CASE NO. 11-00296 JAM<br><br>STIPULATION TO CONTINUE CASE TO APRIL 3, 2018, AT 9:15 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Brian Fogerty and Defendants Christian Parada Renteria by and through his Counsel of record, Dina Santos, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 13, 2018.

2. By this stipulation, defendant now moves to continue the Judgement and Sentencing date until April 3, 2018. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for Defendant requires additional time to conduct investigation, obtain transcripts of prior court proceedings, continue to review previous Counsel's pleadings, review discovery, and possibly file a new motion to withdraw Defendant's plea. A request for funding to obtain the transcripts has been filed as well as a request to provide sealed portions of two separate proceedings. The discovery provided by prior Counsel consisted of two large binders that mainly contained pleadings related to a prior motion to withdraw defendant's plea but did

1

not include most of the discovery. The Government has agreed to provide discovery on a hard drive to defense counsel. The Government does not object to the continuance.

IT IS SO STIPULATED.

Dated: February 7, 2018  PHILLIP TALBERT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant United States Attorney

Dated: February 7, 2018  /s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Christian Parada

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of February, 2018

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE