Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Christian Parada Renteria

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PARADA RENTERIA<br>Defendant | CASE NO. 11-00296 JAM<br><br>DEFENDANT'S REQUEST AND <s>PROPOSED</s> ORDER FOR SEALED TRANSCRIPT (AMENDED) |

Christian Parada Renteria, by and through counsel Dina Santos, hereby requests transcripts of the *in camera* hearing held on August 1, 2016, and December 5, 2017. M. Renteria further requests the transcript otherwise remain sealed unless or until he raises the issue in the Ninth Circuit Court of Appeals.

According to the court reporter, the Court held an *in camera* hearing for Mr. Renteria on August 1, 2016. Mr. Renteria was represented by attorney Chris Cosca in district court at the time. On December 5, 2017, the Court held another in camera hearing for Mr. Renteria and he was

1

represented by attorney Phillip Cozens at that time. The undersigned is now appointed counsel of record for Mr. Renteria in district Court. It appears the *in camera* portion of the hearing may be relevant and it is necessary for Mr. Renteria's present counsel to review the sealed transcript. Therefore, the undersigned requests this Court order the court reporter to produce the sealed portion of the transcript and to provide a copy to the undersigned, but that the transcript otherwise remain sealed unless or until Mr. Renteria decides to introduce the issue into a Ninth Circuit appeal.

Dated: January 6, 2018  /s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Christian Renteria

ORDER

IT IS SO ORDERED

February 8, 2018

Honorable John A. Mendez
United States District Judge