1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-296 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| CHRISTIAN PARADA RENTERIA, ET AL., | DATE: April 3, 2018 |
| Defendants. | TIME: 9:15 a.m. |
| | COURT: Hon. John A. Mendez |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Christian Parada Renteria, by and through his counsel, Dina L. Santos, hereby agree and stipulate as follows:

1. On March 16, 2018, Parada filed a motion for reconsideration of the denial of his motion to withdraw his guilty plea. ECF No. 712. The parties agree that the United States shall file its response to Parada's motion on or before March 30, 2018.

2. Parada and the United States also request that the Court vacate the April 3, 2018, hearing for sentencing and entry of judgment, and reset that hearing for May 8, 2018. The Court appointed Parada's current counsel just over three months ago. ECF No. 684. In the event the Court denies Parada's motion for reconsideration, Parada's counsel seeks the additional time to prepare for sentencing.

//

STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| Dated: March 21, 2018 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ BRIAN A. FOGERTY<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated: March 21, 2018 | | /s/ DINA L. SANTOS<br>DINA L. SANTOS<br>Counsel for Defendant<br>Christian Parada Renteria |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, orders the United States to file its response to Christian Parada Renteria's motion for reconsideration on or before March 30, 2018. The Court also vacates the April 3, 2018, judgement and sentencing hearing for Christian Parada Renteria, and resets the case for sentencing and entry of judgment on May 8, 2018 at 9:15 a.m.

IT IS SO ORDERED.

Dated: 3/21/2018

/s/ John A. Mendez
John A. Mendez
United States District Court Judge