MCGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

JUN 1 1 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN PARADA RENTERIA, <br><br> Defendant. | CASE NO. 2:11-CR-0296 JAM <br><br> ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the United States' Request to Seal, IT IS HEREBY ORDERED that the seven-page document pertaining to defendant Christian Parada, and the United States' Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for defendant Christian Parada Renteria.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the seven-page document serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the United States would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the United States' memorandum that would adequately protect the

compelling interests identified by the United States.

Dated: 6-11-18

*/s/ John A. Mendez*
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE