MCGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PARADA RENTERIA,<br><br>Defendant. | CASE NO. 2:11-CR-296 JAM<br><br>STIPULATION TO CONTINUE RESTITUTION HEARING AND ORDER<br><br>DATE: August 7, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant Christian Parada Renteria, by and through his counsel, Dina L. Santos, hereby stipulate as follows:

1. On June 12, 2018, the Court sentenced defendant Christian Parada Renteria, and set the matter for a restitution hearing to be held on August 7, 2018. ECF No. 755.

2. Counsel for the United States and defendant Parada request that the Court reset the restitution hearing for August 14, 2018, at 9:15 a.m., pursuant to 18 U.S.C. § 3664(d)(5).

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: August 2, 2018 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ BRIAN A. FOGERTY<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated: August 2, 2018 | | /s/ DINA L. SANTOS<br>DINA L. SANTOS<br>Counsel for Defendant<br>Christian Parada Renteria |

**ORDER**

IT IS SO ORDERED.

Dated: 8/2/2018

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
JUDGE