McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>CHRISTIAN PARADA RENTERIA,<br><br>                  Defendant. | CASE NO. 2:11-CR-296 JAM<br><br>STIPULATION TO CONTINUE RESTITUTION HEARING AND ORDER<br><br>DATE: August 14, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

The United States of America, by and through its counsel of record, and defendant Christian Parada Renteria, by and through his counsel, Dina L. Santos, hereby stipulate as follows:

1. On June 12, 2018, the Court sentenced defendant Christian Parada Renteria and set the matter for a restitution hearing to be held on August 7, 2018. ECF No. 755.

2. On August 3, 2018, pursuant to the parties' stipulation, the Court reset the restitution hearing for August 14, 2018, at 9:15 a.m. ECF No. 771.

3. The United States now requests additional time to obtain restitution information from victims. The United States has been in contact with representatives of certain victims. However, the United States is still waiting to receive information from those victim entities which could substantiate a claim or claims for restitution, pursuant to 18 U.S.C. § 3663A.

4. Counsel for both parties have conferred regarding rescheduling the restitution hearing for another date within the 90-day post-sentencing period in which the United States may request a

restitution hearing. *See* 18 U.S.C. § 3664(d)(5). In this case, the 90-day period expires on September 10, 2018. The parties' shared understanding is that the Court is not available on either August 21, 2018, or September 4, 2018. Counsel for defendant Parada Renteria is not available on August 28, 2018, which is the only other Tuesday before the expiration of the 90-day period. Accordingly, the United States requests that the Court find that there is good cause to continue the restitution hearing to September 11, 2018—one day beyond the expiration of the 90-day period—to provide the victims and the United States an opportunity to ascertain potential restitution claims, and to accommodate defense counsel's schedule. Counsel for defendant Parada Renteria is available on September 11, 2018, and agrees that there is good cause to reschedule the restitution hearing for one day beyond the 90-day statutory period.

IT IS SO STIPULATED.

Dated: August 10, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: August 10, 2018

/s/ DINA L. SANTOS
DINA L. SANTOS
Counsel for Christian Parada Renteria

## ORDER (AS MODIFIED BY THE COURT)

Upon the stipulation of the parties, the Court finds that there is good cause to continue the restitution hearing for defendant Christian Parada Renteria for all of the reasons set forth in the parties' stipulation. Therefore, the Court vacates the restitution hearing currently set for August 14, 2018, at 9:15 a.m., and resets the hearing for September 18, 2018, at 9:15 a.m.

SO ORDERED.

Dated: 8/10/2018

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
JUDGE